3 A.3d 666

Mary CORBIN

v.

Suresh KHOLSA.

Petition of United States Court of Appeals for the Third Circuit.

No. 51 EM 2010.

Supreme Court of Pennsylvania.

Aug. 17, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of August, 2010, the Petition for Certification of Question of Law is **GRANTED.** The Insurance Commissioner is invited to file an *amicus curiae* brief. There is no need for further briefing from the parties. The Prothonotary shall list this matter for **ORAL ARGUMENT.**